1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Escobedo

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
    JOSE ESCOBEDO,                        )   No. 1:23-cv-00131-ADA-BAM
12                                        )
              Plaintiff,                  )   **STIPULATION FOR DISMISSAL OF**
13                                        )   **ENTIRE ACTION**
         vs.                              )
14                                        )
    FRANVINGIA, INC.; ASH TREE SQUARE,    )
15  LLC;                                  )
                                          )
16            Defendants.                 )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19  _____)

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Escobedo and Defendants, Franvingia, Inc., and Ash Tree Square, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: May 19, 2023                                  MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Jose Escobedo

Dated: May 19, 2023                                  RAIMONDO MILLER

                                                     */s/ James D. Miller*
                                                     James D. Miller
                                                     Attorneys for Defendant,
                                                     Franvingia, Inc.

Dated: May 19, 2023                                  WILD, CARTER & TIPTON

                                                     */s/ Michael C. Titus*
                                                     Michael C. Titus
                                                     Attorneys for Defendant,
                                                     Ash Tree Square, LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Jose Escobedo